Richard N. Groves, State Bar # 4014
*Law Office of Richard Groves*
4045 E. Union Hills Drive, Suite 126
Phoenix, AZ 85050
(602) 230-0995
email: azconsumerlaw@cox.net

O. Randolph Bragg  PRO HAC VICE
HORWITZ, HORWITZ AND ASSOCIATES, LTD.
25 E. Washington, Suite 900
Chicago, Illinois 60602
(312) 372-8822
rand@horwitzlaw.com

Attorneys for Plaintiffs

## U.S. DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| RENIA BOGNER and<br>JEFF BOGNER,<br>on behalf of themselves<br>and all others similarly<br>situated<br><br>    Plaintiffs,<br><br>vs.<br><br>MASARI INVESTMENTS, LLC,<br>an Arizona limited liability company;<br>JOSEPH F. MUSUMECI, P.C.,<br>an Arizona professional corporation;<br>JOSEPH F. MUSUMECI, a licensed<br>Arizona attorney<br><br>    Defendants | **CV08-1511 PHX DGC**<br><br>(Assigned to Honorable<br>David G. Campbell) |

## PLAINTIFFS' MOTION TO STRIKE OFFER OF JUDGMENT OR, ALTERNATIVELY, FOR CLASS CERTIFICATION

Plaintiffs Renia Bogner and Jeff Bogner move this Honorable Court to strike Defendants Masari Investments, LLC (hereinafter "Masari"), Joseph F. Musumeci, P.C., and Joseph F. Musumeci's Offer of Judgment. In the alternative, Plaintiffs move for class certification with briefing to be stayed until the completion of discovery. The following is stated in support thereof:

1. Plaintiffs Renia Bogner and Jeff Bogner filed their Complaint on August 18, 2008, alleging, on behalf of themselves and all others similarly situated, that Defendants Masari Investments, LLC (hereinafter "Masari"), Joseph F. Musumeci, P.C., and Joseph F. Musumeci violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA") by requiring dispute of the debt to be "in writing". Docket No. 1.[1] *Camacho v. Bridgeport Financial, Inc.*, 430 F.3d 1078 (9th Cir. 2005).

2. Defendants filed their Answer thereto on October 21, 2008. Docket No. 9.

---

[1] On August 19, 2008 Plaintiffs filed their First Amended Complaint. Docket No. 5.

2

3.  Plaintiffs served their first set of written discovery upon Defendants' counsel on or about December 9, 2008.

4.  Defendants have requested Plaintiffs' counsel for several extensions of time to response to Plaintiffs' discovery requests in their attempt to settle this case. The parties have not been able to reach a settlement agreement.

5.  Defendants have refused to answer Plaintiffs' written discovery requests.

6.  On March 31, 2009 Plaintiffs filed a Stipulated Motion to Enlarge the Rule 16 Deadlines. Docket No. 18.

7.  On April 2, 2009 Defendants filed a Motion to Stay the case. Docket No. 19.

8.  On April 2, 2009, Defendants emailed their Offer of Judgment ("the Offer") to Plaintiff's attorneys. Attached here to as Exhibit 1.

9.  Plaintiffs' counsel Richard Groves received the Offer via the U.S. Postal Service on April 6, 2009.

10. A telephone status hearing is scheduled for April 16, 2009 at 4:30 P.M. Docket Nos. 20 and 21.

11. Defendants' Offer allows Judgment to be taken against them for:

> $1,000.00 for each currently named Plaintiff/Class Representative (total $2,000.00)
>
> $1,475.00 for the remaining class members
>
> Costs to date, and
>
> Reasonable attorney's fees to be determined by the Court through the date of this offer.

Exhibit 1, page 1.

12. Defendants' Offer of Judgment seeks to "pick off" Mr. and Mrs. Bogner as the representative plaintiffs in this action, possibly mooting Plaintiffs' claims and depriving this Court of jurisdiction over this matter and the putative class Plaintiff seeks to represent. Defendants do so without responding to Plaintiffs' discovery, thereby hiding their basis for offering the class $1,475.00 and denying Plaintiffs the ability to evaluate the Offer.

13. Should this Court not Strike Defendant's Offer of Judgment, Plaintiffs move, alternatively, for class certification and request that briefing on the issue of class certification be stayed until discovery regarding information and documents relevant to class certification is completed.

4

14. Plaintiffs submit the accompanying Memorandum in further support of this Motion.

WHEREFORE, Plaintiffs Renia Bogner and Jeff Bogner respectfully requests that this Court enter an Order striking Defendants' Offer of Judgment (Exhibit 1) and declaring the Offer of Judgment to have no effect. In the alternative, Plaintiffs moves to certify this action as a class action with briefing stayed until the completion of discovery.

RESPECTFULLY SUBMITTED this 16th day of April, 2009.

        s/Richard N. Groves
        Richard N. Groves, State Bar # 4014
        *Law Office of Richard Groves*
        4045 E. Union Hills Drive, Suite 126
        Phoenix, AZ 85050
        (602) 230-0995 fax (602) 569-9354
        email: azconsumerlaw@cox.net

        O. Randolph Bragg, *pro hac vice*
        Horwitz, Horwitz and Assoc., Ltd.
        25 E. Washington St., Suite 900
        Chicago, Illinois 60602
        (312) 372-8822
        (312) 372-1673 (Facsimile)
        email: rand@horwitzlaw.com

        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on the 16th day of April, 2009, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ms. Cynthia Fulton, Esq.
cynthia.fulton@fultonfriedman.com
Attorney for Defendants

By:  s/ Richard N. Groves
Richard N. Groves