Richard N. Groves, State Bar # 4014
*Law Office of Richard Groves*
4045 E. Union Hills Drive, Suite 126
Phoenix, AZ 85050
(602) 230-0995   fax (602) 569-9354
email: azconsumerlaw@cox.net

O. Randolph Bragg, *pro hac vice*
Horwitz, Horwitz and Assoc., Ltd.
25 E. Washington St., Suite 900
Chicago, Illinois 60602
(312) 372-8822
(312) 372-1673 (Facsimile)
email: rand@horwitzlaw.com

## U.S. DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| RENIA BOGNER and JEFF BOGNER, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MASARI INVESTMENTS, LLC, an Arizona limited liability company; JOSEPH F. MUSUMECI, P.C., an Arizona professional corporation; JOSEPH F. MUSUMECI, a licensed Arizona attorney<br><br>Defendants | CV08-1511PHX DGC<br><br><br>**NOTICE OF ERRATA** |

Plaintiffs, Renia Bogner and Jeff Bogner, by and through counsel undersigned, herein files this Notice of Errata as Exhibit 1 referred to in

Plaintiffs' Motion to Strike Offer of Judgment was inadvertently attached to Plaintiffs' Memorandum in Support of the Motion.

Plaintiffs apologize to the Court and to Defendants' counsel for this inadvertent error.

RESPECTFULLY SUBMITTED this 16th day of April, 2009.

s/Richard N. Groves
Richard N. Groves, State Bar # 4014
*Law Office of Richard Groves*
4045 E. Union Hills Drive, Suite 126
Phoenix, AZ 85050
(602) 230-0995 fax (602) 569-9354
email: azconsumerlaw@cox.net


O. Randolph Bragg, *pro hac vice*
Horwitz, Horwitz and Assoc., Ltd.
25 E. Washington St., Suite 900
Chicago, Illinois 60602
(312) 372-8822
(312) 372-1673 (Facsimile)
email: rand@horwitzlaw.com

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I certify that on the 16th day of April, 2009, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ms. Cynthia Fulton, Esq.
cynthia.fulton@fultonfriedman.com
Attorney for Defendants

By:  s/ Richard N. Groves
Richard N. Groves